UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Joyce E. Clark

Case No.: 14-27923
Chapter: 13
Judge: KCF

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Joyce E. Clark_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
US Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable **Kathryn C. Ferguson** on **July 11, 2018** at **9:00** a.m. at the United States Bankruptcy Court, courtroom no. **3**, **402 E. State Street, Trenton, NJ 08608** (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury Settlement

Pertinent terms of settlement:
Gross Settlement Proceeds = $20,000
Cost Incurred = $ 1139.95
Net Recovery before Attorney Fees = $18,860.05
Attorney Fees = $ 5526.71
Net Recovery after Attorney Fees = $ 13,333.34
Outstanding Medical Payments Due $6666.66
Client's net recovery = $ 6666.66
client exemption= $6666.66

Objections must be served on, and requests for additional information directed to:

Name: /s/Steven N. Taieb, Esquire

Address: 1155 Route 73, Suite 11, Mt. Laurel, NJ 08054

Telephone No.: 856-235-4994

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-27923-KCF
Joyce E. Clark                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin         Page 1 of 2         Date Rcvd: Jun 05, 2018
                       Form ID: pdf905      Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
```
db            +Joyce E. Clark,    24 Derry Drive,    Willingboro, NJ 08046-3165
sp            +Robert Segal,    Segal & Burns,    71 North Main Street,    Medford, NJ 08055-2718
515021367     +ARS Account Resolution Svcs,    1801 NW 66th Ave,    Suite 200C,    Plantation, FL 33313-4571
515021366      Apex Asset Mgmt LLC,    PO Box 5407,    Lancaster, PA 17606-5407
515021368     +Bank of America Home Loans,    450 American Street Ste SV416,
                Simi Valley, California 93065-6285
515199647      Bank of America, N.A.,    P.O. Box 6609933,    Dallas, TX 75266
515909437     +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                Anaheim, CA 92806-5951
515909438     +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                Anaheim, CA 92806,   Carrington Mortgage Services, LLC,    (servicing rights only) 92806-5951
515131901      EMERG PHY ASSOC OF S.JERSEY,PC,    PO BOX 1109,    Minneapolis, MN 55440-1109
515021372     +Eastern Acct Systems,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1170
515021373     +IC Systems Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
515021376      Midnight Velvet,    Attn Creditors Bankruptcy Svc,    PO Box 7409233,    Dallas, TX 75374
515021379     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515021381     +RJM Acq LLC,    575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
515021380     +Rickart Collections Systs,    575 Milltown Road,    North Brunswick, NJ 08902-3336
515021382     +Steward Financial,    444 East Kings Highway,    Maple Shade, NJ 08052-3427
515033990     +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                Marlton, NJ 08053-3428
515021383      Terrell Clark,    55 Bilper Ave,    Apt. 5912,    Lindenwold, NJ 08021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515021363     +E-mail/Text: mary.stewart@abcofcu.org Jun 05 2018 23:15:23      ABCO Federal Credit Union,
                621 Beverly Rancocas Rd,    Willingboro, NJ 08046-3727
515056725     +E-mail/Text: mary.stewart@abcofcu.org Jun 05 2018 23:15:23      ABCO Federal Credit Union,
                PO Box 247,   Rancocas, NJ 08073-0247
515473640     +E-mail/Text: bncmail@w-legal.com Jun 05 2018 23:14:53      ALTAIR OH XIII, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515191720     +E-mail/Text: g20956@att.com Jun 05 2018 23:15:15      AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
515021364     +E-mail/Text: EBNProcessing@afni.com Jun 05 2018 23:14:52      Afni Inc,    404 Brock Drive,
                Bloomington, IL 61701-2654
515021365     +E-mail/Text: bankruptcies@amerassist.com Jun 05 2018 23:15:40      Amerassist AR Solutions,
                445 Hutchinson Ave,    Suite 500,    Columbus, OH 43235-8616
515034384      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2018 23:28:32
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
515021369     +E-mail/Text: clientrep@capitalcollects.com Jun 05 2018 23:15:36      Capital Collection Svc,
                PO Box 150,   West Berlin, NJ 08091-0150
515021370     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:18      Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
515162340      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:18      Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
515021371     +E-mail/Text: creditonebknotifications@resurgent.com Jun 05 2018 23:18:41      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
515230882      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2018 23:19:03
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515021375     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2018 23:14:41      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, California 92123-2255
515021377     +E-mail/Text: egssupportservices@alorica.com Jun 05 2018 23:14:54      NCO Credit Services,
                507 Prudential Road,    Horsham, PA 19044-2308
515021378     +E-mail/PDF: cbp@onemainfinancial.com Jun 05 2018 23:18:07      One Main Financial,
                6801 Colwell Blvd,    Irving, TX 75039-3198
515185568      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 23:18:37
                Portfolio Recovery Associates, LLC,    c/o Capital One/HSBC,    POB 41067,    Norfolk VA 23541
515021384     +E-mail/Text: bkr@virtuososourcing.com Jun 05 2018 23:15:36      Virtuoso Sourcing Group,
                4500 E Cherry Creek S Dr,    Denver, CO 80246-1500
515021385      E-mail/Text: bnc-bluestem@quantum3group.com Jun 05 2018 23:15:16      WEBB Fingerhut,
                6520 Ridgewood Road,    Saint Cloud, MN 56303
515104520     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 05 2018 23:15:16      Webbank-Fingerhut,
                6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 05, 2018
                              Form ID: pdf905          Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                  Marlton, NJ 08053-3428
515021362      ##+A1 Collections Svcs,    101 Grovers Mill Rd,   Suite 303,    Lawrenceville, NJ 08648-4706
515021374      ##+Joseph Mann and Creed,    20600 Chagrin Blvd,   Suite 550,    Shaker Heights, OH 44122-5340
                                                                                            TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Joyce E. Clark staieb@comcast.net
                                                                                               TOTAL: 9
```