UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY_/s/ Steven N. Taieb, Esq._
  Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994
Attorney for Debtor

In Re:

JOYCE E. CLARK

Order Filed on June 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-27923

Chapter: 13

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

ROBERT I. SEGAL, ESQ.

The relief set forth on the following page is **ORDERED**.

**DATED: June 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Robert I, Esquire_____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Robert I. Segal, P.A.
   71 North Main Street
   Medford, NJ 08055

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 14-27923-KCF
Joyce E. Clark                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Jun 12, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db             +Joyce E. Clark,    24 Derry Drive,    Willingboro, NJ 08046-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com
      John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com, jgould@stark-stark.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
      Steven N. Taieb    on behalf of Debtor Joyce E. Clark staieb@comcast.net
                                                                                          TOTAL: 9