Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  14−27923−KCF
                        Chapter:  13
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce E. Clark
   aka Joyce E. Woodard
   24 Derry Drive
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−0234

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/18/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 18, 2018
JAN: ckk

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 14-27923-KCF
Joyce E. Clark                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2             Date Rcvd: Jun 18, 2018
                            Form ID: 148             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db           +Joyce E. Clark,    24 Derry Drive,    Willingboro, NJ 08046-3165
sp           +Robert Segal,    Segal & Burns,    71 North Main Street,    Medford, NJ 08055-2718
515021367    +ARS Account Resolution Svcs,    1801 NW 66th Ave,    Suite 200C,    Plantation, FL 33313-4571
515021366     Apex Asset Mgmt LLC,    PO Box 5407,   Lancaster, PA 17606-5407
515199647     Bank of America, N.A.,    P.O. Box 6609933,    Dallas, TX 75266
515909437    +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
               Anaheim, CA 92806-5951
515909438    +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
               Anaheim, CA 92806,   Carrington Mortgage Services, LLC,    (servicing rights only) 92806-5951
515131901     EMERG PHY ASSOC OF S.JERSEY,PC,    PO BOX 1109,    Minneapolis, MN 55440-1109
515021372    +Eastern Acct Systems,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1170
515021376     Midnight Velvet,    Attn Creditors Bankruptcy Svc,    PO Box 7409233,    Dallas, TX 75374
515021379    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515021381    +RJM Acq LLC,    575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
515021380    +Rickart Collections Systs,    575 Milltown Road,    North Brunswick, NJ 08902-3336
515021382    +Steward Financial,    444 East Kings Highway,    Maple Shade, NJ 08052-3427
515033990    +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
               Marlton, NJ 08053-3428
515021383     Terrell Clark,    55 Bilper Ave,   Apt. 5912,    Lindenwold, NJ 08021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:34     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515021363    +E-mail/Text: mary.stewart@abcofcu.org Jun 18 2018 23:56:21     ABCO Federal Credit Union,
               621 Beverly Rancocas Rd,    Willingboro, NJ 08046-3727
515056725    +E-mail/Text: mary.stewart@abcofcu.org Jun 18 2018 23:56:21     ABCO Federal Credit Union,
               PO Box 247,    Rancocas, NJ 08073-0247
515473640    +E-mail/Text: bncmail@w-legal.com Jun 18 2018 23:55:45     ALTAIR OH XIII, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515191720    +EDI: CINGMIDLAND.COM Jun 19 2018 03:23:00     AT&T Mobility II LLC,   % AT&T Services, Inc,
               Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
515021364    +EDI: AFNIRECOVERY.COM Jun 19 2018 03:13:00     Afni Inc,   404 Brock Drive,
               Bloomington, IL 61701-2654
515021365    +E-mail/Text: bankruptcies@amerassist.com Jun 18 2018 23:56:42     Amerassist AR Solutions,
               445 Hutchinson Ave,    Suite 500,   Columbus, OH 43235-8616
515034384     EDI: AIS.COM Jun 19 2018 03:23:00     American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
515021368    +EDI: BANKAMER.COM Jun 19 2018 03:13:00     Bank of America Home Loans,
               450 American Street Ste SV416,    Simi Valley, California 93065-6285
515021369    +E-mail/Text: clientrep@capitalcollects.com Jun 18 2018 23:56:39     Capital Collection Svc,
               PO Box 150,    West Berlin, NJ 08091-0150
515021370    +EDI: CAPITALONE.COM Jun 19 2018 03:13:00     Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
515162340     EDI: CAPITALONE.COM Jun 19 2018 03:13:00     Capital One, N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
515021371    +EDI: RCSFNBMARIN.COM Jun 19 2018 03:13:00     Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
515021373    +EDI: IIC9.COM Jun 19 2018 03:23:00     IC Systems Inc,   PO Box 64378,
               Saint Paul, MN 55164-0378
515230882     EDI: RESURGENT.COM Jun 19 2018 03:23:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
515021375    +EDI: MID8.COM Jun 19 2018 03:13:00     Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, California 92123-2255
515021377    +E-mail/Text: egssupportservices@alorica.com Jun 18 2018 23:55:47     NCO Credit Services,
               507 Prudential Road,    Horsham, PA 19044-2308
515021378    +EDI: AGFINANCE.COM Jun 19 2018 03:13:00     One Main Financial,    6801 Colwell Blvd,
               Irving, TX 75039-3198
515185568     EDI: PRA.COM Jun 19 2018 03:13:00     Portfolio Recovery Associates, LLC,
               c/o Capital One/HSBC,    POB 41067,   Norfolk VA 23541
515021384    +E-mail/Text: bkr@virtuososourcing.com Jun 18 2018 23:56:40     Virtuoso Sourcing Group,
               4500 E Cherry Creek S Dr,    Denver, CO 80246-1500
515021385     EDI: BLUESTEM Jun 19 2018 03:23:00     WEBB Fingerhut,    6520 Ridgewood Road,
               Saint Cloud, MN 56303
515104520    +EDI: BLUESTEM Jun 19 2018 03:23:00     Webbank-Fingerhut,    6250 Ridgewood Rd,
               St. Cloud, MN 56303-0820
                                                                                                TOTAL: 23
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 18, 2018
                              Form ID: 148             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                 Marlton, NJ 08053-3428
515021362     ##+A1 Collections Svcs,    101 Grovers Mill Rd,    Suite 303,    Lawrenceville, NJ 08648-4706
515021374     ##+Joseph Mann and Creed,    20600 Chagrin Blvd,    Suite 550,    Shaker Heights, OH 44122-5340
                                                                                         TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo  (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould     on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              John L. Laskey     on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Steven N. Taieb     on behalf of Debtor Joyce E. Clark staieb@comcast.net
                                                                                            TOTAL: 9
```