# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                     Case no.:    __14-27923-KCF__

Joyce E. Clark                             Chapter:     __7__

                                           Judge:       __Ferguson__

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Personal Injury (re: Doc #55, #56, #60)

JEANNE A. NAUGHTON, Clerk

Date: 7/6/2018                             By: Alyson M. Guida

*rev.2/10/17*